UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10
```

ETAGZ, INC.,

                Plaintiff,

-v-

SHAPE MEDIA, L.L.C.,

                Defendant.

No. 09 Civ. 10340 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a joint letter, dated April 5, 2010, from the parties requesting that the Court extend the time in which Defendant may answer or otherwise respond to the complaint. Given that the parties are making "significant progress in connection with settlement discussions," their request is granted. IT IS HEREBY ORDERED that Defendant has until April 12, 2010 to answer or otherwise respond to the complaint. IT IS FURTHER ORDERED that the pre-motion conference previously-scheduled for April 7, 2010 at 9 a.m. is adjourned until April 14, 2010 at 3:00 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    April 5, 2010
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE